Petition for Writ of Habeas Corpus Dismissed and Opinion filed September
11, 2002









Petition for Writ of Habeas Corpus Dismissed and
Opinion filed September 11, 2002.




 
 
 
  
 
 
 




 

 

 

 

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00930-CV

____________

 

EX PARTE CARL DOUGLAS SEDERHOLM, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

O P I N I O N

On September 10, 2002, relator, Carl
Douglas Sederholm, filed a petition for writ of habeas
corpus.  See Tex. Gov=t Code Ann. '
22.221(d); Tex. R. App. P.
52.  Relator
seeks release from restraint by the Sheriff of Wharton County, Texas, pursuant
to a capias issued by the Hon. Daniel R. Sklar, Judge of the 329th Judicial District Court of
Wharton County, Texas.

The
court of appeals of a court of appeals district in which a person is illegally
restrained may issue a writ of habeas corpus. 
Tex. Gov=t Code Ann. ' 22.221(d).  Wharton County is not within the Fourteenth
Court of Appeals District.  Tex. Gov=t Code Ann. ' 22.201(o).  Therefore, we are without jurisdiction to
issue the writ in this proceeding.

Accordingly,
we dismiss relator=s petition for writ of habeas corpus
for want of jurisdiction.

PER CURIAM








Petition Dismissed and Opinion
filed September 11, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R.
App. P. 47.3(b).